FILED

MAY 25 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS LEE,<br>a/k/a NIKOLAS LEE | No. 17CR 374<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

JUDGE ELLIS

MAGISTRATE JUDGE SCHENKIER

The SPECIAL FEBRUARY 2017 GRAND JURY charges:

On or about October 29, 2016, at Chicago, in the Northern District of Illinois, Eastern Division,

NICHOLAS LEE, a/k/a NIKOLAS LEE

defendant herein, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a Glock GMBH 9 caliber pistol bearing serial number VVC374, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL FEBRUARY 2017 GRAND JURY further charges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock GMBH 9 caliber pistol bearing serial number VVC374.

A TRUE BILL:

____________________________
FOREPERSON

________________________________________
ACTING UNITED STATES ATTORNEY